ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JOSE ALCARAZ-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:12-CR-00102-LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| JOSE ALCARAZ-PALACIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through its
counsel of record, and defendant, by and through his counsel
of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on
October 29, 2012 at 1:00 p.m.

2. By this stipulation, defendant now moves to continue
the status conference until December 17, 2012 at 1:00 p.m. and
to exclude time between October 29, 2012 and December 17, 2012
under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not
oppose this request.

3. The parties agree and stipulate, and request that the
Court find the following:

a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b. Plea negotiations are ongoing however the parties need additional time and believe that, based on the posture at this point, the matter will resolve. Plea agreements have not been finalized thus additional time is needed to consult with the clients and the government regarding the ongoing plea negotiations and conduct any further investigation that may arise as the result of the negotiations.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2012 to December 3, 2012, inclusive, is deemed excludable pursuant

to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 25, 2012

                                        /s/ *Kevin* P. Rooney
                                        Assistant United States
                                        Attorney

Dated: October 25, 2012

                                        /s/ Anthony P. Capozzi
                                        Anthony P. Capozzi
                                        Attorney for
                                        JOSE ALCARAZ-PALACIO


## ORDER

   The parties' request for a continuance of the status conference is DENIED.   The parties are

cautioned that a request for an extension of time must be supported by good cause and shall include a

detailed explanation demonstrating due diligence, including a description of what actions have been

undertaken, and what further actions are needed, to move the case forward.

IT IS SO ORDERED.

Dated:   **October 25, 2012**                                    **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE