HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE ALCARAZ-PALACIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ALCARAZ-PALACIO,<br><br>　　　　　Defendant. | No.  Cr. F 12-102 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, JOSE ALCARAZ-PALACIO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On April 4, 2013, this Court sentenced Mr. Alcaraz-Palacio to a term of 63 months imprisonment;

　　　　3.　　His total offense level was 26, his criminal history category was I, and the resulting guideline range was 63 to 78 months;

4.      The sentencing range applicable to Mr. Alcaraz-Palacio was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of November 1, 2015;

5.      Mr. Alcaraz-Palacio's total offense level has been reduced from 26 to 24, and his amended guideline range is 51 to 63 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Alcaraz-Palacio's term of imprisonment to a total term of 51 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  February 25, 2015 | Dated:   February 25, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *KATHLEEN A. SERVATIUS*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JOSE ALCARAZ-PALACIO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Alcaraz-Palacio is entitled to the benefit Amendment 782, which reduces the total offense level from 26 to 24, resulting in an amended guideline range of 51 to 63 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 51 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Alcaraz-Palacio shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **February 26, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE